UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM ZACARIAS PEREZ,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | 5:25-CV-05018-KES<br><br><br>ORDER DENYING<br>MOTION TO AMEND |

After the government filed a motion to dismiss Mr. Perez's § 2255 motion, Mr. Perez filed two motions to amend.  (Docs. 19, 20).  The motions were filed outside the one-year limitations period that governs motions under 28 U.S.C. § 2255.  Amendments to § 2255 motions are governed by Federal Rule of Civil Procedure 15, which provides that a party may amend a pleading only by leave of court or by written consent of the adverse party, and that leave of court shall be freely given when justice so requires.  FED. R. CIV. P. 15(a).

Under Federal Rule of Civil Procedure 15(c), an amendment filed after the expiration of the limitations period "relates back" to the date of the original pleading only if the amended claim arises out of the same conduct, transaction, or occurrence set forth in the original pleading.  United States v. Craycraft, 167 F.3d 451, 457 (8th Cir. 1999) (citing FED. R. CIV. P. 15(c)(2)).

Here, Mr. Perez's motions to amend do not propose new claims or factual allegations.  Instead, Mr. Perez repeats the same grounds for relief he asserted in his original § 2255 motion.  Since the motions to amend merely restate

arguments already before this court, permitting the amendments would not alter the claims at issue or the analysis set forth in this Report and Recommendation.  Therefore, the motions to amend are denied.

DATED this 18th day of March, 2025.

BY THE COURT:

_____

DANETA WOLLMANN
United States Magistrate Judge